UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| BRANDY MULLINS | ) | |
| | ) | |
| v. | ) | NO. 2:13-CV-130 |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner of Social Security | ) | |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to this report. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 13], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the motion to dismiss filed by the defendant is **GRANTED**. [Doc. 10].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE